**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER ON MOTION FOR EN BANC RECONSIDERATION**

Appellate case name:      Melissa Ford Bierwirth v. AH4R I TX, LLC

Appellate case number:    01-13-00459-CV

Trial court case number:  1027657

Trial court:              County Civil Court at Law No. 2 of Harris County

       It is ordered that Appellant's Motion for En Banc Reconsideration is **denied**.


Judge's signature:  <u>/s/ Harvey Brown</u>
                       Acting for the En Banc Court*


Date: <u>December 18, 2014</u>


*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.